# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALABAMA AIRCRAFT INDUSTRIES, INC., ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM, AND PEMCO AIRCRAFT ENGINEERING SERVICES, INC.,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Case No. 2:11-cv-03577-RDP |
| **THE BOEING COMPANY, BOEING AEROSPACE OPERATIONS, INC. AND BOEING AEROSPACE SUPPORT CENTER,** | ) ) ) ) ) | |
| **Defendants.** | ) | |
| **THE BOEING COMPANY,** | ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Case No.:  2:16-mc-01216-RDP |
| **TENENBAUM CAPITAL PARTNERS, LLC,** | ) ) ) | |
| **Defendant.** | ) | |

## **ORDER**

On October 17, 2016, the Special Master issued a Report and Recommendation (Case No. 2:11-cv-03577-RDP, Doc. # 285; Case No. 2:16-mc-01216-RDP, Doc. # 43) containing the recommendation that Tennenbaum Capital Partners, LLC's "Motion for Sanctions and Cost Sharing" (Case No. 2:16-mc-01216-RDP, Doc. # 8) be denied.  No objections were filed to this Report and Recommendation.

After careful consideration of the record in this case and the Special Master's Report and Recommendation, the court hereby **ADOPTS** the Reports of the Special Master. The court further **ACCEPTS** the recommendations of the Special Master. It is therefore **ORDERED** that Tennenbaum Capital Partners, LLC's "Motion for Sanctions and Cost Sharing" is **DENIED**.

**DONE** and **ORDERED** this November 22, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE